UNITED STATES DISTRICT COURT — CENTRAL DISTRICT OF CALIFORNIA

ENTER JS-6 P SEND

**THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).**

## CIVIL MINUTES - TRIAL

ENTERED CLERK, U.S. DISTRICT COURT  
AUG 1 4 2000  
CENTRAL DISTRICT OF CALIFORNIA  
BY ___ DEPUTY

Case No.: CV 97-5595-MMM(AJWx)     Date: August 10, 2000

Title: **Dr. Samir Chachoua -v- Cedars-Sinai Medical Center, et al.**

### THE HONORABLE MARGARET M. MORROW, JUDGE

| Anel Huerta | David Salyer |
|---|---|
| **Courtroom Clerk** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**  
Jerry Kaplan

**ATTORNEYS PRESENT FOR DEFENDANTS:**  
David Richman

___ DAY COURT TRIAL    **8** DAY JURY TRIAL    ___ Jury impaneled and sworn.

___ Filed Witness and Exhibit List    ___ See Separate List of Jurors

___ Opening statements made by _____

___ Witnesses called, sworn & testified    ___ EXHs identified    ___ EXHs admitted

___ Plaintiff(s) rests    ___ Defendant _____ rests

___ Closing arguments made by _____    ___ Court instructs jury

___ Bailiff/matron sworn    ___ Jury Retires to deliberate    **XX** Jury returns

**XX** Jury Verdict in favor of    **XX** Plaintiff    **XX** read and FILED

**XX** Jury polled    ___ Polling waived    **XX** FILED jury notes    **XX** FILED Jury Ins.

___ JUDGMENT BY COURT for    ___ Plaintiff    ___ Defendant

___ Findings, Conclusions of Law & Judgment to be prepared by

     ___ Plaintiff    ___ Defendant

___ Submitted.    ___ Briefs to be filed by _____. Reply _____

___ _____ Motion to dismiss    ___ DENIED    ___ GRANTED

___ _____ Motion for directed verdict    ___ DENIED    ___ GRANTED

___ MISTRIAL DECLARED.

___ Settlement reached and placed on the record

___ Case cont. to _____ for ___ further trial    ___ further jury deliberations

___ Other: _____

✓ Docketed  
✓ Copies / NTC Sent  
✓ JS - 5 / JS - 6  
___ JS - 2 / JS - 3  
___ CLSD

MINUTES FORM 11  
CIVIL - GEN

Initials of Deputy Clerk _____