FILED
CLERK, U.S. DISTRICT COURT

AUG 15 2000

CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| DR. SAMIR CHACHOUA, | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | CV 97-5595-MMM(AJWx) |
| v. | |
| CEDARS-SINAI MEDICAL CENTER, ET AL., | JUDGMENT ON THE VERDICT |
| DEFENDANT(S). | FOR THE PLAINTIFF(S) |

ENTERED
CLERK, U.S. DISTRICT COURT
AUG 16 2000
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

This action came on for jury trial, the Honorable <u>MARGARET M. MORROW</u> District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s) <u>DR. SAMIR CHACHOUA</u>

recover of the defendant(s) <u>CEDARS-SINAI MEDICAL CENTER</u>

the sum of <u>$10,111,250.</u>, with interest thereon at the legal rate as provided by the law,

and its costs of action, taxed in the sum of _____.

DATED: <u>August 15, 2000</u>

CLERK, U. S. DISTRICT COURT

___ Docketed
___ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3

By: _____
Angel Huerta, Deputy Clerk

cc: Counsel of Record

CV-49 (5/98)      JUDGMENT ON THE VERDICT FOR PLAINTIFF(S)

ENTERED
CLERK, U.S. DISTRICT COURT
AUG 16 2000
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY